FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 10 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

CASE NO. ~~JV-2015-216 (CT)~~

3:17-cv-00069 DPM/JJK

Jury Trial: ☐ Yes ☑ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: LAKHRAJ MANOHAR
ADC # _____

Address: 1241 SOUTH MAIN STREET, APT #9, JONESBORO, AR 72401

Name of plaintiff: _____
ADC # _____

Address: _____            ~~This case assigned to District Judge~~ MARSHALL
                               and to Magistrate Judge KEARNEY
Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: LACY GRAMLING, ABN: 2000077
Position: ATTORNEY AD LITEM WITH THE DEPT. OF HUMAN SERVICES
Place of employment: DEPARTMENT OF HUMAN SERVICES (DFS)
Address: AR DEPT OF HUMAN SRVCS, OFFICE OF POLICY AND LEGAL SERVICES
PO BOX 1680, JONESBORO, AR 72401

Name of defendant: JAMES BARR, ABN: 2007172
Position: ATTORNEY AT LAW

-4-

Place of employment: DEPT OF HUMAN SERVICES (DFS)

Address: P.O BOX 16840, JONESBORO, AR 72401

Name of defendant: LATASHA GAUSE, CRAIGHEAD COUNTY DHS DFS

Position: CHILDREN AND FAMILY SERVICES CASE WORKER

Place of employment: DEPT OF HUMAN SERVICES (DFS)

Address: P.O BOX 16840 JONESBORO AR 72401

Name of defendant: JOHNNY DUNIGAN

Position: ATTORNEY

Place of employment: 219 WEST DREW

Address: P.O. BOX 405, MONETTE, AR 72447

II. Are you suing the defendants in:

☑ official capacity only
☑ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) __PENDING__

☐ Approximate date of filing lawsuit: __2/27/2017__

☐ Approximate date of disposition: __N/A__

IV. Place of present confinement: __N/A__

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

__N/A__ in jail and still awaiting trial on pending criminal charges

__N/A__ serving a sentence as a result of a judgment of conviction

__N/A__ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

__N/A__

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__  No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes ✓   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ABN: 2000077 LACY GRAMBLING, IN HER CAPACITY AS ATTORNEY AD LITEM FOR DHS DFS, JAMES BAR; ABN 2007172, AND LATASHA CAUSE OF CRAIGHEAD COUNTY DHS DFS WILLFULLY DID NOT FILE OR ACKNOWLEDGE DOCUMENTED PROOF AND CERTIFIED COPIES OF COURT REQUIRED DOCUMENTS BY COMPLYING COURT ORDERS, FALSIFIFACATION UNDER OATH OF STATEMENTS WERE NOTED AS REQUIRED DOCUMENTS WERE LOST DUE TO NUMEROUS CHANGING OF MULTIPLE CASE WORKERS WHICH A PERSONAL FRIENDSHIP WITH FOSTER PARENT AND FAVORITISM WAS ESTABLISHED AND IN PART CONFLICT OF INTEREST A DISMISSAL ORDER WAS FILED, SEPERATE ATTORNEYS WERE ASSIGNED WHICH WERE NOT IN ACCORDANCE WITH THE DUE PROCESS OF LAW CONSIDERING DOCUMENTS OF MARITAL LICENCE WERE BEFORE CHILD WAS CONCIEVED, THERE WERE NUMEROUS CHANGES OF CASE WORKERS WITHIN THE PERIOD OF JULY 2015, 2016 TO JANUARY 2017. LYING UNDER OATH AND PROCESSING DOCUMENTS IN A TIMELY MANNER TO WHICH I WAS CLEARLY DENIED ARE PROVEN FACTS IN MINUTES OF PROCEEDINGS - I PRAY AND ASK THAT MINUTES BE REVIEWED REFLECTING SUCH ENTIRELY. THANK YOU IN ADVANCE FOR YOUR TIME AND EFFORT.

-7-

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

TO BE GIVEN A FAIR OPPORTUNITY FOR AN INDEPENDENT PATERNITY TEST AND FOR A FAIR DUE PROCESS OF LAW CONCERNING CASE BE GIVEN JUSTLY WITHOUT DISMISSAL OR CONFLICT OF INTEREST AS EXISTANT SURROUNDING CASE AND APPEAL. THANKS IN ADVANCE FOR YOUR TIME AN EFFORT.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __3__ day of ~~March~~ April, 20__17__.

Notary: Debra James

_____
Signature(s) of plaintiff(s)

4-3-2017

OFFICIAL SEAL - #12392985
DEBRA JAMES
NOTARY PUBLIC-ARKANSAS
POINSETT COUNTY
MY COMMISSION EXPIRES: 03-26-23

-8-