# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LAKHRAJ MANOHAR**                                                      **PLAINTIFF**

v.                          No. 3:17-cv-69-DPM

**LACY GRAMLING**, Attorney Ad Litem
with the Department of Human Services;
**JAMES BARR**, Attorney, Department of
Human Services; **LATASHA GAUSE**,
Children and Family Services Case Worker,
Department of Human Services; and
**JOHNNY DUNIGAN**, Attorney                                             **DEFENDANTS**

## ORDER

I'm friends with Lacy Gramling and her family, so my impartiality might reasonably be questioned in this suit, which is partly against her personally. I recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 April 2017