IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LAKHRAJ MANOHAR**                                                   **PLAINTIFF**

**v.**                                    **Case No. 3:17-cv-69 KGB/JTK**

**LACY GRAMLING, Attorney ad Litem,**
**Arkansas Department of Human Services;**
**JAMES BARR, Attorney, Arkansas**
**Department of Human Services; LATASHA**
**GAUSE, Children and Family Services Case**
**Worker, Arkansas Department of Human Services;**
**and JOHNNY DUNIGAN, Attorney**                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

So adjudged this 19th day of October 2017.

_____
Kristine G. Baker
United States District Judge